IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS A. BROWN, <br> AIS 234410, | : |
| | : |
| Petitioner, | |
| | : |
| vs. | CA 06-0559-KD-C |
| | : |
| KENNETH JONES, | |
| | : |
| Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 14, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of October, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**